IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MICHAEL LEE WHITE,

      Plaintiff,

v.                                 Civil Action No. 5:21-cv-00619

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS and
CARMIE EDWARD ESTEP, JR.,

      Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, acting through counsel, hereby stipulate and agree that this civil action shall be dismissed, with each party bearing their own attorney's fees and costs. This Stipulation of Dismissal is without prejudice.

Respectfully submitted this 5th day of January, 2022.

**STIPULATED AND AGREED TO BY:**

**MICHAEL LEE WHITE,**
**Plaintiff,**

**/s/ Brian E. Bigelow**
ROBERT A. CAMPBELL (W.Va. State Bar 6052)
BRIAN E. BIGELOW (W.Va. State Bar 7693)
FARMER, CLINE & CAMPBELL, PLLC
101 N. Kanawha Street, Suite 101
Post Office Box 5559
Beckley, West Virginia 25801
(304) 252-5990
*Counsel for Michael Lee White*

UNITED STATES OF AMERICA,
Defendant,

**LISA G. JOHNSTON**
**First Assistant United States Attorney**

Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515


**/s/ Jason S. Bailey**
Jason S. Bailey
Assistant United States Attorney
W. Va. Bar No. 13582
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: jason.bailey2@usdoj.gov
*Counsel for United States of America*